TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN















TEXAS COURT OF APPEALS, THIRD
DISTRICT, AT AUSTIN

 

 




 
 
 NO.  03-12-00487-CV
 
 




 

 

In re Luis I.
Cuellar

 

 

J. M. and A. G., Appellants

 

v.

 

Texas Department of Family and Protective Services,
Appellee

 

 




 
 
 FROM THE 207th
 District Court OF Hays COUNTY, 
 NO. 2011-1242,
 The Honorable William Henry, JUDGE
 PRESIDING
 
 




 

 


 
 
                                             O
 R D E R   T O   S H O W  
 C A U S E
  
 PER CURIAM
                         This is a contempt
 proceeding ancillary to the appeal of A. G.  The subject of this proceeding is Luis I. Cuellar, appellant’s
 attorney.
                         Appellant filed her
 notice of appeal on July 16, 2012, and her brief was due September 4, 2012.  On September 7, 2012, we ordered counsel to
 file appellant’s brief no later than September 24, 2012.  To date, appellant’s brief has not been
 filed. 
                         Therefore, it is hereby
 ordered that Luis I. Cuellar
 shall appear in person before this Court on October 19, 2012, at 1:30
 p.m., in the Third Court of Appeals courtroom, located on the first floor
 of the Price Daniel, Sr. Building, 209 West 14th Street, in Austin, Travis
 County, Texas, to show cause why he should not be held in contempt and have
 sanctions imposed for his failure to obey our September 7, 2012, order.  This order to show cause will be withdrawn
 and Cuellar will be relieved
 of his obligation to appear before this Court as ordered above if the Clerk
 of this Court receives appellant’s brief before October 19, 2012.
 It is ordered on October 4, 2012.
  
 Before Chief
 Justice Jones and Justices Puryear and Henson